THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE 
 CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 
 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Leon Contrez Bing,       
Appellant.
 
 
 

Appeal From Aiken County
James R. Barber, Circuit Court Judge

Unpublished Opinion No. 2005-UP-065
Submitted January 1, 2005  Filed January 25, 2005

APPEAL DISMISSED

 
 
 
Senior Assistant Appellate Defender 
 Wanda P. Hagler, of Columbia, for Appellant.
Attorney General Henry D. McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Charles H. Richardson, 
 all of Columbia; and Solicitor Barbara R. Morgan, of Aiken, for Respondent.
 
 
 

PER CURIAM: Leon Contrez Bing appeals from 
 his conviction for first-degree criminal sexual conduct, arguing the trial court 
 erred in allowing the State to exercise a peremptory challenge in a discriminatory 
 manner.    Bings counsel attached to the brief a petition to be relieved as 
 counsel, stating that she had reviewed the record and concluded this appeal 
 lacks merit.  Bing filed a separate pro se brief.  After a thorough review 
 of the record and counsels brief pursuant to Anders v. California, 386 
 U.S. 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), 
 we dismiss [1] Bings appeal and grant counsels 
 motion to be relieved.
APPEAL DISMISSED.
HEARN, C.J., GOOLSBY and WILLIAMS, JJ., concur.

 
 [1] We decide this case without oral argument pursuant 
 to Rule 215, SCACR.